# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1606
_____

United States of America

*Plaintiff - Appellee*

v.

Eleanor Repper

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: July 19, 2022
Filed: July 22, 2022
[Unpublished]

_____

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Eleanor Repper appeals after the district court[1] revoked her supervised release and sentenced her to a term of imprisonment within the advisory Sentencing

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

Guidelines range. Her counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude that the revocation sentence was not unreasonable, as there is no indication that the court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 922-24 (8th Cir. 2006) (standard of review); United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008) (revocation sentence within Guidelines range is accorded presumption of substantive reasonableness on appeal). Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____